CLOSED,FORFEITURE

# U.S. District Court
## Western District of Virginia (Abingdon)
### CRIMINAL DOCKET FOR CASE #: 1:16-cr-00001-JPJ-PMS-3

| | |
|---|---|
| Case title: USA v. Bartley et al | Date Filed: 01/11/2016 |
| Magistrate judge case number: 1:15-mj-00212-PMS | Date Terminated: 08/22/2016 |

Assigned to: Judge James P. Jones
Referred to: Magistrate Judge Pamela Meade Sargent

### Defendant (3)

**Summer Deborah Booher**  represented by **Jay Hanson Steele**
*TERMINATED: 08/22/2016*  P.O. Box 2577
  Lebanon, VA 24266
  276-889-3519
  Fax: 889-4792
  Email: jhs@jayhsteeleatty.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE; 12:846, 843, 84(b)(1)(A)& 841(b)(1)(C) - 1/11/2016 (1) | CBOP: Sixty (60) months; Supervised Release: Three (3) years; Special Assessment: $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE - 4/14/2015 (2) | Dismissed pursuant to plea agreement |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F - 21:846 - Conspiracy to Possess with Intent to Distribute Methamphetamine | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Duty Assistant Abingdon**<br>United States Attorneys Office - Abingdon<br>180 West Main Street, Suite B19<br>Abingdon, VA 24210<br>276-628-4161<br>Email: USAVAW.ECFAbingdon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney*<br><br>**Martha Suzanne Kerney-Quillen**<br>United States Attorneys Office<br>180 West Main Street, Suite B19<br>Abingdon, VA 24210<br>276-628-4161<br>Fax: 276-628-7399<br>Email: USAVAW.ECFAbingdon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney*<br><br>**Mary Kathleen Carnell**<br>United States Attorneys Office<br>180 West Main Street, Suite B19<br>Abingdon, VA 24210<br>276-628-4161<br>Fax: 628-7399<br>Email: USAVAW.ECFAbingdon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Zachary T. Lee**<br>United States Attorneys Office<br>180 West Main Street, Suite B19<br>Abingdon, VA 24210<br>276-628-4161<br>Fax: 276-628-7399<br>Email: USAVAW.ECFAbingdon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2015 | 1 | MOTION to Seal Case by USA as to Summer Deborah Booher. (ejs) [1:15-mj-00212-PMS] |
| 12/14/2015 | 2 | ORDER granting 1 Motion to Seal Case as to Summer Deborah Booher (1). Signed by Magistrate Judge Pamela Meade Sargent on 12/14/15. (ejs) [1:15-mj-00212-PMS] |
| 12/14/2015 | 3 | COMPLAINT as to Summer Deborah Booher (1). (Attachments: # 1 Affidavit Part 1, # 2 Affidavit Part 2) (ejs) [1:15-mj-00212-PMS] |
| 12/14/2015 | 4 | Arrest Warrant Issued by Magistrate Judge Pamela Meade Sargent in case as to Summer Deborah Booher. *(Location Fugitive Started)* (ejs) [1:15-mj-00212-PMS] |
| 12/27/2015 | | Arrest of Summer Deborah Booher (ejs) [1:15-mj-00212-PMS] (Entered: 12/28/2015) |

| Date | # | Description |
|---|---|---|
| 12/28/2015 | 5 | CJA 23 Financial Affidavit as to Summer Deborah Booher (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 6 | CJA 20 as to Summer Deborah Booher: Appointment of Attorney Jay Hanson Steele for Summer Deborah Booher. Signed by Magistrate Judge Pamela Meade Sargent on 12/28/15. (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 7 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Initial Appearance as to Summer Deborah Booher held on 12/28/2015 (Court Reporter Ella Surber, FTR) (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 8 | ORAL Motion for Detention by USA as to Summer Deborah Booher. (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 9 | ORAL MOTION to Continue Detention Hearing by Summer Deborah Booher. (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 10 | ORAL ORDER granting 9 Motion to Continue as to Summer Deborah Booher (1). Entered by Magistrate Judge Pamela Meade Sargent on 12/28/15. (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 11 | NOTICE OF HEARING as to Summer Deborah Booher (CUSTODY) **(FTR)** Detention Hearing set for 1/5/2016 02:00 PM in Abingdon before Magistrate Judge Pamela Meade Sargent.(ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 12 | WAIVER of Preliminary Hearing as to Summer Deborah Booher (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 13 | ORDER OF TEMPORARY DETENTION as to Summer Deborah Booher Detention Hearing set for 1/5/2016 02:00 PM in Abingdon before Magistrate Judge Pamela Meade Sargent.. Signed by Magistrate Judge Pamela Meade Sargent on 12/28/15. (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 14 | FTR Log Notes as to Summer Deborah Booher for Initial Appearance in the Abingdon Division held before Judge Pamela Meade Sargent on 12/28/15. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Ella Surber (ejs) [1:15-mj-00212-PMS] |
| 12/28/2015 | 15 | Arrest Warrant Returned Executed on 12/27/15 in case as to Summer Deborah Booher. (ejs) [1:15-mj-00212-PMS] |
| 01/05/2016 | 16 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Detention Hearing as to Summer Deborah Booher held on 1/5/2016. Defendant was remanded to the custody of the USMS. (Court Reporter Felicia Clark, FTR) (flc) [1:15-mj-00212-PMS] |
| 01/05/2016 | 17 | FTR Log Notes as to Summer Deborah Booher for Detention Hearing in the Abingdon Division held before Judge Pamela Meade Sargent on 1/5/2016. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Felicia Clark, FTR (flc) [1:15-mj-00212-PMS] |
| 01/06/2016 | 18 | ORDER OF DETENTION PENDING TRIAL as to Summer Deborah Booher. Signed by Magistrate Judge Pamela Meade Sargent on 1/6/16. (flc) [1:15-mj-00212-PMS] |
| 01/11/2016 | 35 | INDICTMENT as to Jeremy Wayne Bartley (1) counts 1, 3, 4, 5, Dawn Rossalyn Vincente (2) counts 1, 6, 7, 8, Summer Deborah Booher (3) counts 1, 2, Steven Roger Bryant (4) count 1, Dakota Wayne Barker (5) count 1, Carrie Taylor (6) count 1, Brandin Travis Hyde (7) count 1, 3, 4, 5, Jeffery Bruce Bartley (8) count 1, Franklin Dee Rose (9) count 1, 9, Stacey Lee Doane (10) counts 1, 10, 11, 13, Matthew Charles Blevins (11) counts 1, 11, Robert Edward Bowman (12) count 1, Melissa Mendora Harless (13) counts 1, 12, Connie Diane Strouth (14) count 1, Donna Jenkins (15) counts 1, 7, 8. (lml) (Entered: 01/12/2016) |
| 01/11/2016 | 36 | Sealed Document - Unredacted Indictment (lml) (Entered: 01/12/2016) |
| 01/11/2016 | 37 | MOTION for Disclosure by USA as to Jeremy Wayne Bartley, Dawn Rossalyn Vincente, Summer Deborah Booher, Steven Roger Bryant, Dakota Wayne Barker, Carrie Taylor, Brandin Travis Hyde, Jeffery Bruce Bartley, Franklin Dee Rose, Stacey Lee Doane, Matthew Charles Blevins, Robert |

| | | |
|---|---|---|
| | | Edward Bowman, Melissa Mendora Harless, Connie Diane Strouth, Donna Jenkins. Motions referred to Judge Pamela Meade Sargent. (lml) (Entered: 01/12/2016) |
| 01/11/2016 | 38 | ORDER granting 37 Motion for Disclosure as to Jeremy Wayne Bartley (1), Dawn Rossalyn Vincente (2), Summer Deborah Booher (3), Steven Roger Bryant (4), Dakota Wayne Barker (5), Carrie Taylor (6), Brandin Travis Hyde (7), Jeffery Bruce Bartley (8), Franklin Dee Rose (9), Stacey Lee Doane (10), Matthew Charles Blevins (11), Robert Edward Bowman (12), Melissa Mendora Harless (13), Connie Diane Strouth (14), Donna Jenkins (15). Signed by Magistrate Judge Pamela Meade Sargent on 1/11/2016. (lml) (Entered: 01/12/2016) |
| 01/13/2016 | 42 | First MOTION for Discovery by Summer Deborah Booher. Motions referred to Judge Pamela Meade Sargent. (Steele, Jay) |
| 01/14/2016 | 47 | NOTICE OF HEARING as to Summer Deborah Booher (CUSTODY) **(FTR)** Arraignment set for 1/27/2016 01:30 PM in Abingdon before Magistrate Judge Pamela Meade Sargent.(ejs) |
| 01/21/2016 | 78 | MOTION Witness Statements by Summer Deborah Booher. Motions referred to Judge Pamela Meade Sargent. (Steele, Jay) |
| 01/25/2016 | 79 | Bill of Particulars as to Jeremy Wayne Bartley, Dawn Rossalyn Vincente, Summer Deborah Booher, Steven Roger Bryant, Dakota Wayne Barker, Carrie Taylor, Brandin Travis Hyde, Jeffery Bruce Bartley, Franklin Dee Rose, Stacey Lee Doane, Matthew Charles Blevins, Robert Edward Bowman, Melissa Mendora Harless, Connie Diane Strouth, Donna Jenkins (Lee, Zachary) |
| 01/26/2016 | 91 | ORDER granting in part and denying in part 41 Motion for Discovery as to Dawn Rossalyn Vincente (2); granting in part and denying in part 42 Motion for Discovery as to Summer Deborah Booher (3); granting in part and denying in part 78 Motion as to Summer Deborah Booher (3); granting in part and denying in part 56 Motion for Discovery as to Matthew Charles Blevins (11); granting in part and denying in part 53 Motion for Discovery as to Melissa Mendora Harless (13); granting in part and denying in part 54 Motion for Discovery as to Melissa Mendora Harless (13); granting in part and denying in part 55 Motion for Early Release of Jencks as to Melissa Mendora Harless (13); granting in part and denying in part 76 Motion for Discovery as to Connie Diane Strouth (14); granting in part and denying in part 77 Motion as to Connie Diane Strouth (14); granting in part and denying in part 43 Motion for Discovery as to Donna Jenkins (15). Signed by Magistrate Judge Pamela Meade Sargent on 01/26/2016. (Bordwine, Robin) |
| 01/27/2016 | 95 | Minute Entry for proceedings held before Magistrate Judge Pamela Meade Sargent:Arraignment as to Summer Deborah Booher (3) Count 1,2 held on 1/27/2016 (Court Reporter Ella Surber, FTR) (ejs) |
| 01/27/2016 | 96 | FTR Log Notes as to Summer Deborah Booher for Arraignment in the Abingdon Division held before Judge Pamela Meade Sargent on 1/27/16. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Ella Surber (ejs) |
| 01/27/2016 | 97 | ORDER granting in part and denying in part 94 Motion for Discovery as to Franklin Dee Rose (9); granting in part and denying in part 92 Motion for Discovery as to Robert Edward Bowman (12). Signed by Magistrate Judge Pamela Meade Sargent on 01/27/2016. (Bordwine, Robin) |
| 01/28/2016 | 107 | ORDER granting in part and denying in part 104 Motion for Discovery as to Jeffery Bruce Bartley (8); granting in part and denying in part 105 Motion for Discovery as to Stacey Lee Doane (10); granting in part and denying in part 106 Motion as to Stacey Lee Doane (10). Signed by Magistrate Judge Pamela Meade Sargent on 01/28/2016. (Bordwine, Robin) |
| 02/01/2016 | 125 | ORDER granting in part and denying in part 109 Motion for Discovery as to Jeremy Wayne Bartley (1). Signed by Magistrate Judge Pamela Meade Sargent on 02/01/2016. (Bordwine, Robin) |
| 02/03/2016 | 129 | ORDER granting in part and denying in part 126 Motion for Discovery as to Dakota Wayne Barker (5). Signed by Magistrate Judge Pamela Meade Sargent on 02/03/2016. (Bordwine, Robin) |

Case 2:19-cr-00070-JRG-MCLC   Document 1-3   Filed 05/21/19   Page 4 of 6   PageID #: 19

| | | |
|---|---|---|
| 02/25/2016 | 158 | ORDER granting in part and denying in part 153 Motion for Permission to Place Copy of Discovery at Regional Jail and/or Permit Defendant Access to Discovery Already So Placed by Jeffery Bruce Bartley (8); granting in part and denying in part 15 Motion for Discovery as to Matthew Charles Blevins (11). Signed by Magistrate Judge Pamela Meade Sargent on 2/25/2016. (Bordwine, Robin) |
| 03/01/2016 | 162 | NOTICE OF HEARING as to Dawn Rossalyn Vincente (CUSTODY), Summer Deborah Booher (CUSTODY), Dakota Wayne Barker (CUSTODY), Jeffery Bruce Bartley (CUSTODY), Melissa Mendora Harless (CUSTODY), Connie Diane Strouth (CUSTODY), Donna Jenkins (BOND) **(CR)** Jury Trial set for 4/18/2016 thru 4/22/2016 09:00 AM in Abingdon before Judge James P. Jones. **Counsel must contact the Clerk's Office no later than five (5) business days before the scheduled trial date for your technology needs.** Pretrial Conference set for 4/1/2016 10:30 AM in Abingdon before Magistrate Judge Pamela Meade Sargent.(ejs) |
| 03/01/2016 | 166 | JONES PRETRIAL ORDER as to Jeremy Wayne Bartley, Dawn Rossalyn Vincente, Summer Deborah Booher, Steven Roger Bryant, Dakota Wayne Barker, Carrie Taylor, Brandin Travis Hyde, Jeffery Bruce Bartley, Franklin Dee Rose, Stacey Lee Doane, Matthew Charles Blevins, Robert Edward Bowman, Melissa Mendora Harless, Connie Diane Strouth, Donna Jenkins. Signed by Judge James P. Jones on 3/1/16. (ejs) |
| 03/03/2016 | 169 | Order Severing Defendant from Codefendant(s) as to Dawn Rossalyn Vincente, Summer Deborah Booher, Dakota Wayne Barker, Carrie Taylor, Brandin Travis Hyde, Jeffery Bruce Bartley, Melissa Mendora Harless, Connie Diane Strouth, Donna Jenkins. Signed by Magistrate Judge Pamela Meade Sargent on 3/3/16. (ejs) |
| 03/08/2016 | 174 | ORDER granting in part and denying in part 172 Motion for Discovery as to Brandin Travis Hyde (7). Signed by Magistrate Judge Pamela Meade Sargent on 03/08/2016. (Bordwine, Robin) |
| 03/30/2016 | 186 | NOTICE *of Intent to Plead Guilty* by Summer Deborah Booher (Steele, Jay) |
| 03/30/2016 | 187 | PLEA AGREEMENT as to Summer Deborah Booher. (Lee, Zachary) |
| 03/31/2016 | 189 | NOTICE OF CANCELLATION of PTC set for 4/1/2016 at 10:30 a.m. in Abingdon before Magistrate Judge Pamela Meade Sargent and Jury Trial set for 4/18/16 thru 4/22/16 at 9:00 a.m. in Abingdon before Judge James P. Jones as to Summer Deborah Booher, Dakota Wayne Barker (BOTH IN CUSTODY). (flc) |
| 03/31/2016 | 190 | NOTICE OF HEARING as to Summer Deborah Booher (CUSTODY) **(CR)** : Change of Plea Hearing set for 4/6/2016 at 11:00 a.m. in Abingdon before Judge James P. Jones.(flc) |
| 04/06/2016 | 221 | Minute Entry for proceedings held before Judge James P. Jones:Guilty Plea Hearing as to Summer Deborah Booher, Stacey Lee Doane, Melissa Mendora Harless held on 4/6/2016; Plea entered by Summer Deborah Booher (3) Guilty Count 1 and Stacey Lee Doane (10) Guilty Count 1 and Melissa Mendora Harless (13) Guilty Count 1. Defendants were remanded to the custody of the USMS. (Court Reporter Bridget Dickert, OCR) (flc) |
| 04/06/2016 | 222 | NOTICE OF HEARING as to Summer Deborah Booher (CUSTODY) **(CR)** : Sentencing set for 8/1/2016 at 10:30 a.m. in Abingdon before Judge James P. Jones.(flc) |
| 04/20/2016 | | Notice of Appearance - Probation Officer: Eric M. Taylor as to Summer Deborah Booher, Dakota Wayne Barker, Jeffery Bruce Bartley, Stacey Lee Doane (ms) |
| 06/28/2016 | 284 | Notice of Cancellation of Sentencing hearing set for 8/1/16 at 10:30 a.m. in Abingdon before Judge James P. Jones as to Summer Deborah Booher (CUSTODY) (flc) |
| 06/29/2016 | 299 | NOTICE OF HEARING as to Summer Deborah Booher (CUSTODY) **(CR)** : Sentencing reset for 8/22/2016 at 10:00 a.m. in Abingdon before Judge James P. Jones.(flc) |
| 08/22/2016 | 350 | Minute Entry for proceedings held before Judge James P. Jones:Sentencing held on 8/22/2016 for Summer Deborah Booher (3), Count 1, CBOP: Sixty (60) months; Supervised Release: Three (3) years; Special Assessment: $100.00; Count 2, Dismissed pursuant to plea agreement. (Court Reporter Bridget Dickert) (lml) |

Case 2:19-cr-00070-JRG-MCLC　　Document 1-3　　Filed 05/21/19　　Page 5 of 6　　PageID #: 20

| 08/22/2016 | 351 | ORAL Motion to Dismiss forfeiture allegation by USA as to Summer Deborah Booher. (lml) |
|---|---|---|
| 08/22/2016 | 352 | ORAL ORDER granting 351 Oral Motion to Dismiss Forfeiture Allegation as to Summer Deborah Booher (3). Entered by Judge James P. Jones on 8/22/2016. (lml) |
| 08/22/2016 | 356 | JUDGMENT as to Summer Deborah Booher (3), Count 1, CBOP: Sixty (60) months; Supervised Release: Three (3) years; Special Assessment: $100.00; Count 2, Dismissed pursuant to plea agreement. Signed by Judge James P. Jones on 8/22/2016. (lml) |
| 08/24/2016 | 371 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Summer Deborah Booher (ms) |
| 06/01/2018 | 534 | MOTION For Recommendation Regarding Length of RRC Placement by Summer Deborah Booher. (ejs) |
| 06/06/2018 | 535 | OPINION AND ORDER denying 534 Motion for a judicial recommendation to be placed in a halfway house for six months preceding release from prison as to Summer Deborah Booher (3). Signed by Judge James P. Jones on 6/5/2018. (lml) |
| 08/23/2018 | 538 | Letter requesting transcripts of Grand Jury by Summer Deborah Booher (sas) |
| 08/23/2018 | 539 | Response re 538 Letter requesting transcripts of Grand Jury. (sas) |

Case 2:19-cr-00070-JRG-MCLC    Document 1-3    Filed 05/21/19    Page 6 of 6    PageID #: 21